IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BERNARD HUGHLON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                          CASE NO. 1D15-4594

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed February 9, 2016.

An appeal from an order of the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Bernard Hughlon, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kathryn Lane, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

WOLF, ROWE, and SWANSON, JJ., CONCUR.